## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     Plaintiff,<br><br>    v.<br><br>**TYRONE BUSH,**<br><br>     Defendant. | <br><br><br>CR NO: 13CR237 LJO-SKO |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
 ☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: TYRONE BUSH
Detained at: FRESNO COUNTY JAIL
Detainee is:   a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
           charging detainee with: §26:5861(d) Possession of an Unregistered Firearm
 or   b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.) ☐ return to the custody of detaining facility upon termination of proceedings
 or   b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

Signature: */s/ Michael S. Frye*
Printed Name & Phone No: Brian K. Delaney / 559-497-4000
Attorney of Record for: United States of America

### WRIT OF HABEAS CORPUS
 ☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**], and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Apr 8, 2014**

                  Honorable Stanley A. Boone
                  U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male   ☐ Female | |
| Booking or CDC #: | 1325251 | DOB: | 07/23/1990 |
| Facility Address: | P.O. Box 872, Fresno, CA 93712 | Race: | Black |
| Facility Phone: | | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____      _____
                                (signature)